1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

MARK GERMACK DDS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

THE DENTISTS INSURANCE COMPANY,

Defendant.

No.

COMPLAINT—CLASS ACTION

JURY DEMAND

## I.     INTRODUCTION

Plaintiff, Mark Germack DDS ("Germack"), individually and on behalf of all other similarly situated members of the defined national class and the defined Washington subclasses (the "Class Members"), by and through the undersigned attorneys, brings this class action against Defendant The Dentists Insurance Company ("Defendant" or "TDIC") and alleges as follows based on personal knowledge and information and belief:

## II.     JURISDICTION AND VENUE

1.     This Court has subject matter jurisdiction pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d), because at least one Class member is of diverse citizenship from Defendant, there are 100 or more Class members nationwide, and the aggregate amount in

COMPLAINT—CLASS ACTION - 1

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

controversy exceeds $5,000,000. The Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367.

2.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(3) because the Court has personal jurisdiction over Defendant, a substantial portion the alleged wrongdoing occurred in this District and the state of Washington, and Defendant has sufficient contacts with this District and the state of Washington.

3.      Venue is proper in the Western District of Washington pursuant to 28 U.S.C. §1391(b)(2) because a substantial part of the events or omissions giving rise to the claims at issue in this Complaint arose in this District. Plaintiff's place of business is located in Seattle, Washington, King County. This action is therefore appropriately filed in the Seattle Division because a substantial portion of the events giving rise to this lawsuit arose in King County.

### III.    PARTIES

4.      Plaintiff Germack owns and operates a dentistry practice located at 720 Olive Way Ste. 835, Seattle, WA 98101.

5.      Defendant is an insurance carrier incorporated in California and whose headquarters are located in Sacramento, California.

### IV.    NATURE OF THE CASE

6.      Due to COVID-19 and a state-ordered mandated closure, Plaintiff cannot provide dental services. Plaintiff intended to rely on its business insurance to keep the business operating as a going concern. This lawsuit is filed to ensure that Plaintiff and other similarly-situated policyholders receive the insurance benefits to which they are entitled and for which they paid.

COMPLAINT—CLASS ACTION - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

7.      TDIC issued one or more insurance policies to Plaintiff, including an "all risk" Businessowners Property Coverage and related endorsements, insuring Plaintiff's property and business practice and other coverages at all relevant times.

8.      Plaintiff's business property includes property owned and/or leased by Plaintiff and used for general business purposes for the specific purpose of dental and other related business activities.

9.      TDIC Businessowners Property Coverage promises to pay Plaintiff for risks of "[a]ll risk of direct physical loss" to covered property and includes coverage for risks of both "loss of or damage to" covered property.

10.     TDIC's Businessowners Property Coverage provides Plaintiff with Business Income Coverage, Extra Expense Coverage, Extended Business Income Coverage and Civil Authority Coverage.

11.     Plaintiff paid all premiums for the coverage when due.

12.     On or about January 2020, the United States of America saw its first cases of persons infected by COVID-19, which has been designated a worldwide pandemic.

13.     In light of this pandemic, Washington Governor Jay Inslee issued certain proclamations and orders affecting many persons and businesses in Washington, whether infected with COVID-19 or not, requiring certain public health precautions. Among other things, Governor Inslee's "Stay Home, Stay Healthy" order required the closure of all non-essential businesses, including Plaintiff's business.

14.     By order of Governor Inslee, dentists including Plaintiff were prohibited from practicing dental services but for urgent and emergency procedures.

COMPLAINT—CLASS ACTION - 3

15.     Governor Inslee's "PROCLAMATION BY THE GOVERNOR AMENDING PROCLAMATION 20-05: 20-24 Restrictions on Non Urgent Medical Procedures," dated March 19, 2020, also provides, in part:

> WHEREAS, the health care person protective equipment supply chain in Washington State has been severely disrupted by the significant increased use of such equipment worldwide, such that there are now critical shortages of this equipment for health care workers. To curtail the spread of the COVID-19 pandemic in Washington State and to protect our health care workers as they provide health care services, it is necessary to immediately prohibit all hospitals, ambulatory surgery centers, and dental orthodontic, and endodontic offices in Washington State from providing health care services, procedures and surgeries that require personal protective equipment, which if delayed, are not anticipated to cause harm to the patient within the next three months.

16.     No COVID-19 virus has been detected on Plaintiff's business premises.

17.     Plaintiff's property has sustained direct physical loss and/or damages related to COVID-19 and/or the proclamations and orders.

18.     Plaintiff's property will continue to sustain direct physical loss or damage covered by the TDIC policy or policies, including but not limited to business interruption, extra expense, interruption by civil authority, and other expenses.

19.     Plaintiff's property cannot be used for its intended purposes.

20.     As a result of the above, Plaintiff has experienced and will experience loss covered by the TDIC policy or policies.

21.     Plaintiff called its insurance broker to inquire about business interruption coverage under its business coverage policy and received a responsive email stating "there is no coverage for a pandemic."

COMPLAINT—CLASS ACTION - 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

22.     TDIC notified its policyholders, including Plaintiff, by letter dated April 1, 2020, that "any Business Income losses or Extra Expenses that are incurred as a result of COVID-19 outbreaks are specifically excluded[.]"

23.     Upon information and belief, TDIC has denied and will deny coverage.

## V.     CLASS ACTION ALLEGATIONS

24.     This matter is brought by Plaintiff on behalf of itself and those similarly situated, under Federal Rules of Civil Procedure 23(b)(1), 23(b)(2), and 23(b)(3).

25.     The Classes and Subclasses that Plaintiff seeks to represent are defined as:

A.     *Business Income Coverage Breach of Contract Class:* All persons and entities in the United States insured under a TDIC policy with Business Income Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Business Income claim has been denied by TDIC.

B.     *Business Income Coverage Breach of Contract Washington Subclass:* All persons and entities in the State of Washington insured under a TDIC policy with Business Income Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, and/or other civil authorities and whose Business Income claim has been denied by TDIC.

C.     *Business Income Coverage Declaratory Relief Class:* All persons and entities in the United States insured under a TDIC policy with Business Income Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

COMPLAINT—CLASS ACTION - 5

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

D.      ***Business Income Coverage Declaratory Relief Washington Subclass:*** All persons and entities in the State of Washington insured under a TDIC policy with Business Income Coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, and/or other civil authorities.

E.      ***Extra Expense Breach of Contract Class:*** All persons and entities in the United States insured under a TDIC policy with Extra Expense coverage who incurred expenses while seeking to minimize losses from the suspension of business at the covered premises in connection with COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Extra Expense claim has been denied by TDIC.

F.      ***Extra Expense Breach of Contract Washington Subclass:*** All persons and entities in the State of Washington insured under a TDIC policy with Extra Expense coverage who incurred expenses while seeking to minimize losses from the suspension of business at the covered premises in connection with COVID-19 and/or orders issued by Governor Inslee, and/or other civil authorities and whose Extra Expense claim has been denied by TDIC.

G.      ***Extra Expense Declaratory Relief Class:*** All persons and entities in the United States insured under a TDIC policy with Extra Expense coverage who incurred expenses while seeking to minimize losses from the suspension of their business at the covered premises in connection with COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

COMPLAINT—CLASS ACTION - 6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

H.      ***Extra Expense Declaratory Relief Washington Subclass:*** All persons and entities in the State of Washington insured under a TDIC policy with Extra Expense coverage who incurred expenses while seeking to minimize losses from the suspension of their business at the covered premises in connection with COVID-19 and/or orders issued by Governor Inslee, and/or other civil authorities.

I.      ***Extended Business Income Breach of Contract Class***: All persons and entities in the United States insured under a TDIC policy with Extended Business Income coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities and whose Extended Business Income claim has been denied by TDIC.

J.      ***Extended Business Income Breach of Contract Washington Subclass***: All persons and entities in the State of Washington insured under a TDIC policy with Extended Business Income coverage who suffered a suspension of their business at the covered premises related to COVID-19 and/or orders issued by Governor Inslee, and/or other civil authorities and whose Extended Business Income claim has been denied by TDIC.

K.      ***Extended Business Income Declaratory Relief Class:*** All persons and entities in the United States insured under a TDIC policy with Extended Business Income coverage who suffered a suspension of their business at the covered premises due to COVID-19 related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities.

L.      ***Extended Business Income Declaratory Relief Washington Subclass:*** All persons and entities in the State of Washington insured under a TDIC policy with

COMPLAINT—CLASS ACTION - 7

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Extended Business Income coverage who suffered a suspension of their business at the

covered premises due to COVID-19 related to COVID-19 and/or orders issued by

Governor Inslee, and/or other civil authorities

M.    *Civil Authority Breach of Contract Class:* All persons and entities in the

United States insured under a TDIC policy with Civil Authority coverage who suffered a

loss of business income and/or extra expense related to the impact of COVID-19 and/or

orders issued by Governor Inslee, other Governors, and/or other civil authorities and

whose Civil Authority claim has been denied by TDIC.

N.    *Civil Authority Breach of Contract Washington Subclass:* All persons

and entities in the State of Washington insured under a TDIC policy with Civil Authority

coverage who suffered a loss of business income and/or extra expense related to the

impact of COVID-19 and/or orders issued by Governor Inslee, and/or other civil

authorities and whose Civil Authority claim has been denied by TDIC.

O.    *Civil Authority Declaratory Relief Class:* All persons and entities in the

United States insured under a TDIC policy with Civil Authority coverage who suffered a

loss of business income and/or extra expense related to COVID-19 and/or orders issued

by Governor Inslee, other Governors, and/or other civil authorities.

P.    *Civil Authority Declaratory Relief Washington Subclass:* All persons and

entities in the State of Washington insured under a TDIC policy with Civil Authority

coverage who suffered a loss of business income and/or extra expense related to the

impact of COVID-19 19 and/or orders issued by Governor Inslee, and/or other civil

authorities.

COMPLAINT—CLASS ACTION - 8

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

26.     Excluded from the Classes and Subclasses are Defendant's officers, directors, and employees; the judicial officers and associated court staff assigned to this case; and the immediate family members of such officers and staff. Plaintiff reserves the right to amend the Class definition based on information obtained in discovery.

27.     This action may properly be maintained on behalf of each proposed Class under the criteria of Rule 23 of the Federal Rules of Civil Procedure.

28.     **Numerosity**: The members of the Class are so numerous that joinder of all members would be impractical.  Plaintiff is informed and believes that the proposed Class contains thousands of members. The precise number of class members can be ascertained through discovery, which will include Defendant's records of policyholders.

29.     **Commonality and Predominance**: Common questions of law and fact predominate over any questions affecting only individual members of the Class. Common questions include, but are not limited to, the following:

A.     Whether the class members suffered covered losses based on common policies issued to members of the Class;

B.     Whether TDIC acted in a manner common to the class and wrongfully denied claims for coverage relating to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities;

C.     Whether Business Income coverage in TDIC's policies of insurance applies to a suspension of practice relating to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities;

COMPLAINT—CLASS ACTION - 9

**KELLER ROHRBACK L.L.P.**

1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

D.     Whether Extra Expense coverage in TDIC's policies of insurance applies to efforts to minimize a loss relating to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities;

E.     Whether Extended Business Income coverage in TDIC's policies of insurance applies to a suspension of practice relating to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or civil authorities;

F.     Whether Civil Authority coverage in TDIC's policies of insurance applies to a suspension of practice relating to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or civil authorities;

G.     Whether TDIC has breached its contracts of insurance through a blanket denial of all claims based on business interruption, income loss or closures related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other civil authorities;

H.     Whether, because of Defendant's conduct, Plaintiff and the class members have suffered damages; and if so, the appropriate amount thereof; and

I.     Whether, because of Defendant's conduct, Plaintiff and the class members are entitled to equitable and declaratory relief, and if so, the nature of such relief.

30.     **Typicality**: Plaintiff's claims are typical of the claims of the members of the classes. Plaintiff and all the members of the classes have been injured by the same wrongful practices of TDIC. Plaintiff's claims arise from the same practices and course of conduct that give rise to the claims of the members of the Class and are based on the same legal theories.

31.     **Adequacy**: Plaintiff will fully and adequately assert and protect the interests of the classes and has retained class counsel who are experienced and qualified in prosecuting class

COMPLAINT—CLASS ACTION - 10

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1    actions. Neither Plaintiff nor its attorneys have any interests contrary to or in conflict with the

2    Class.

3        32.    **Federal Rule of Civil Procedure 23(b)(1), the Risk of Inconsistent or Varying**

4    **Adjudications and Impairment to Other Class Members' Interests**: Plaintiff seeks

5    adjudication as to the interpretation, and resultant scope, of Defendant's policies, which are

6    common to all members of the class. The prosecution of separate actions by individual members

7    of the classes would risk inconsistent or varying interpretations of those policy terms and create

8    inconsistent standards of conduct for Defendant. The policy interpretations sought by Plaintiff

9    could also impair the ability of absent class members to protect their interests.

10       33.    **Federal Rule of Civil Procedure 23(b)(2), Declaratory and Injunctive Relief**:

11   Defendant acted or refused to act on grounds generally applicable to Plaintiff and other members

12   of the proposed classes making injunctive relief and declaratory relief appropriate on a classwide

13   basis.

14       34.    **Federal Rule of Civil Procedure 23(b)(3), Superiority**: A class action is

15   superior to all other available methods of the fair and efficient adjudication of this lawsuit. While

16   the aggregate damages sustained by the classes are likely to be in the millions of dollars, the

17   individual damages incurred by each class member may be too small to warrant the expense of

18   individual suits. Individual litigation creates a risk of inconsistent and/or contradictory decisions

19   and the court system would be unduly burdened by individual litigation of such cases. A class

20   action would result in a unified adjudication, with the benefits of economies of scale and

21   supervision by a single court.

COMPLAINT—CLASS ACTION - 11

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## VI.   CAUSES OF ACTION

### Count One—Declaratory Judgment

*(Brought on behalf of the Business Income Coverage Declaratory Relief Class, Business Income Coverage Declaratory Relief Washington Subclass, Extended Business Income Declaratory Relief Class, Extended Business Income Declaratory Relief Washington Subclass, Civil Authority Declaratory Relief Class, Civil Authority Declaratory Relief Washington Subclass, Extra Expense Declaratory Relief Class, and Extra Expense Declaratory Relief Washington Subclass)*

35.   Previous paragraphs alleged are incorporated herein.

36.   This is a cause of action for declaratory judgment pursuant to the Declaratory Judgment Act, codified at 28 U.S.C. § 2201.

37.   Plaintiff brings this cause of action on behalf of the Business Income Coverage Declaratory Relief Class, Business Income Coverage Declaratory Relief Washington Subclass, Extended Business Income Declaratory Relief Class, Extended Business Income Declaratory Relief Washington Subclass, Civil Authority Declaratory Relief Class, Civil Authority Declaratory Relief Washington Subclass, Extra Expense Declaratory Relief Class, and Extra Expense Declaratory Relief Washington Subclass.

38.   Plaintiff seeks a declaratory judgment declaring that Plaintiff's and class members losses and expenses resulting from the interruption of their business are covered by the Policy.

39.   Plaintiff seeks a declaratory judgment declaring that TDIC is responsible for timely and fully paying all such claims.

### Count Two—Breach of Contract

*(Brought on behalf of the Business Income Coverage Breach of Contract Class, Business Income Coverage Breach of Contract Washington Subclass, Extended Business Income Breach of Contract Class, Extended Business Income Breach of Contract Washington Subclass, Civil Authority Breach of Contract Class, Civil Authority Breach of Contract Washington Subclass, Extra Expense Breach of Contract Class, and Extra Expense Breach of Contract Washington Subclass)*

COMPLAINT—CLASS ACTION - 12

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

40.     Previous paragraphs alleged are incorporated herein.

41.     Plaintiff brings this cause of action on behalf of the Business Income Coverage Breach of Contract Class, Business Income Coverage Breach of Contract Washington Subclass, Extended Business Income Breach of Contract Class, Extended Business Income Breach of Contract Washington Subclass, Civil Authority Breach of Contract Class, Civil Authority Breach of Contract Washington Subclass, Extra Expense Breach of Contract Class, and Extra Expense Breach of Contract Washington Subclass.

42.     The Policy is a contract under which Plaintiff and the class paid premiums to TDIC in exchange for TDIC's promise to pay Plaintiff and the class for all claims covered by the Policy.

43.     Plaintiff has paid its insurance premiums.

44.     Upon information and belief, TDIC denied coverage for other similarly situated policyholders.

45.     Denying coverage for the claim is a breach of the insurance contract.

46.     Plaintiff is harmed by the breach of the insurance contract by TDIC.

## VII.   PRAYER

1.     A declaratory judgment that the policy or policies cover Plaintiff's losses and expenses resulting from the interruption of Plaintiff's business related to COVID-19 and/or orders issued by Governor Inslee, other Governors, and/or other authorities.

2.     A declaratory judgment that the defendant is responsible for timely and fully paying all such losses.

3.     Damages.

4.     Pre- and post-judgment interest at the highest allowable rate.

COMPLAINT—CLASS ACTION - 13

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

5.      Reasonable attorney fees and costs.

6.      Such further and other relief as the Court shall deem appropriate.

## VIII.   JURY DEMAND

Plaintiff demands a jury trial on all claims so triable.

DATED this 30th day of April, 2020.

KELLER ROHRBACK L.L.P.


By: *s/ Ian S. Birk*
By: *s/ Lynn L. Sarko*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Irene M. Hecht*
By: *s/ Maureen Falecki*
By: *s/ Amy Williams-Derry*
By: *s/ Nathan Nanfelt*
    Ian S. Birk, WSBA #31431
    Lynn L. Sarko, WSBA #16569
    Gretchen Freeman Cappio, WSBA #29576
    Irene M. Hecht, WSBA #11063
    Maureen Falecki, WSBA #18569
    Amy Williams-Derry, WSBA #28711
    Nathan L. Nanfelt, WSBA #45273
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Fax: (206) 623-3384
    Email: ibirk@kellerrohrback.com
    Email: lsarko@kellerrohrback.com
    Email: gcappio@kellerrohrback.com
    Email: ihecht@kellerrohrback.com
    Email: mfalecki@kellerrohrback.com
    Email: awilliams-derry@kellerrrohrback.com
    Email: nnanfelt@kellerrrohrback.com

By: *s/ Alison Chase* (Pro hac applic. to be filed)
    Alison Chase, CA Bar #226976
    801 Garden Street, Suite 301
    Santa Barbara, CA 93101
    Email: achase@kellerrohrback.com
    Telephone: (805) 456-1496
    Fax: (805) 456-1497

***Attorneys for Plaintiff***

4812-0937-9003, v. 2

COMPLAINT—CLASS ACTION - 14