**50 State Survey | Covid 19 - Govt. Shutdown of dentists**

| State | |
|---|---|
| Alabama | Prohibited from performing dental services except for procedures necessary to treat a emergency medical conditions effective March 28. Alabama dentists returned to practice on May 1. |
| Alaska | Closed for elective procedures starting March 20. Emergency treatment was allowed. Effective April 20, 2020, dentists were able to resume low risk, routine type services which require minimal protective equipment |
| Arizona | Beginning March 21, all non-essential or elective surgeries, including elective dental surgeries shall not be performed. On March 23, Arizona governor deemed dental offices an essential business. On May 1, elective surgeries were allowed to begin again provided the hospital could meet certain health standards |
| Arkansas | Beginning March 23, dentists can only provide urgent and emergency dental care. Normal dental care can resume on May 18 |
| California | California suspended all in person dental care with the exception of emergency treatment |
| Colorado | Suspended elective and non-essential surgery. Beginning April 27, elective and voluntary surgeries were allowed to continue provided certain conditions were met |
| Connecticut | Canceled elective and routine care includes hygiene and only treat urgent/emergency dental issues. Beginning May 8, dentists were allowed to provide elective dental procedures if certain conditions were met |
| Delaware | Dentists offices considered "essential." Encouraged to limit practice to urgent/emergency care until April 30 |
| Florida | Dentist's ordered to stop medically unnecessary, non-urgent, or non emergency procudure though May 8. Elective procedures can resume provided certain conditions are met |
| Georgia | Emergency dentistry only. Reopened as of May 1 |
| Hawaii | No Govt mandate. State dental association recommends following ADA recommendations for Emergency and urgent dentistry only. Dentists returned to work May 1 |
| Idaho | No mandate to close dentist offices. Elective procedures resumed May 1 |
| Illinois | Ceased all in person dental treatment except for dental emergencies. Routine dental and oral care reopened on May 11 |
| Indiana | Canceled elective and non-urgent procedures. Elective procedures resumed April 27 |
| Iowa | Suspended elective and non-essential dental procedures including hygiene procedures. Reopened for elective procedures May 8 |
| Kansas | Closed except for urgent and emergency procedures. Reopened for elective procedures on May 8 |
| Kentucky | Suspend all non-emergency procedures. Reopened May 8 |
| Louisiana | Prohibited all routine, non-essential dental procedures and surgeries. Re-opened for time sensitive/emergency procedures on April 27 |
| Maine | Closed for routine dental care. Open for "true" emergencies |
| Maryland | Cancelled all non-emergency or non-urgent procedures for duration of "catastrophic health emergency." Elective procedures re-opened May 7 |
| Massachusetts | No Govt mandate. Guidance from Massachusetts Department of public heath recommends closing to patients seeking elective and non-urgent care. Dentists expected to remain available for emergency management. |
| Michigan | Postpone all non-essential procedures. Non-essential means a dental procedure that is not necessary to address a medical emergency or to preserve the health and safety of a patient |
| Minnesota | Delay all non emergency and routine procedures. Reopened May 10 |
| Mississippi | Delay non emergency or routine dental procedures. Emergency or urgent procedures to alleviate severe pain, swelling or infection with the potential to necessitate hospital care is allowed |
| Missouri | Recommend that elective or non emergent procedures be delayed. Reopened elective procedures on May 4 |
| Montana | Up to dentists to make well-informed decisions about their patients and practices |

Key
No Govt. Mandate
State still closed to non-essential procedures

| State | Policy |
|---|---|
| Nebraska | Elective surgeries and elective procedures prohibited. Reopened for elective procedures on May 4 |
| Nevada | Suspended elective procedures in accordance with ADA guidelines |
| New Hampshire | Dental practices may remain open only for emergency procedures |
| New Jersey | Suspend all elective procedures performed on adults. Applies to all dental operation that can be delayed without risk to patient. Elective procedures reopened on May 8 |
| New Mexico | Dental services limited to urgent and emergency care |
| New York | Only treat emergencies. Subject to fine if treat non emergencies |
| North Carolina | No mandate. As health care professionals, it is up to dentists to use professional judgment and make well-informed decisions about your patients and practices. |
| North Dakota | No Govt. mandate - RECOMMEND - that dental practices discontinue routine, non-essential and elective procedures. No mandate or guidance |
| Ohio | No nonessential or elective surgeries. Resumed all care May 1 |
| Oklahoma | Postpone all elective surgeries, minor medical procedures, non emergency dental procedures. |
| Oregon | Cease non urgent care. Non urgent care resumed May 1 |
| Pennsylvania | Recommend that providers cease from performing routine or elective dental services |
| Rhode Island | Recommend only emergency procedures |
| South Carolina | No mandate for dentistry. State Dental society recommends that dentists follow CDC guidelines by postponing elective and non urgent procedures |
| South Dakota | No mandate. Recommended that Dentists follow CDC guidelines and postpone elective procedures |
| Tennessee | Suspend non-essential services like hygiene visits and cosmetic and elective procedures. Reopened for elective procedures on May 6 |
| Texas | Delay all surgeries and procedures that are not immediately medically necessary |
| Utah | Delay elective dental procedures |
| Vermont | Postpone all non-essential elective surgeries |
| Virginia | Reschedule elective procedures. Reopened May 1 |
| Washington | Prohibited from practicing dental services but for urgent and emergency procedures |
| West Virginia | Cease all non-emergent, non-urgent dental procedures |
| Wisconsin | Suspend all non-emergency procedures |
| Wyoming | No Govt. Mandate. Recommended to follow CDC guidelines |