THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK GERMACK DDS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>THE DENTISTS INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C20-0661-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint status report (Dkt. No. 24). On July 7, 2020, the Court stayed the case pending the Judicial Panel on Multidistrict Litigation's decision whether to consolidate this matter with other cases throughout the country. (Dkt. No. 23.) The Panel elected to deny transfer. (Dkt. No. 24-1.) Accordingly, it is so ORDERED that the stay on this matter be lifted. Further, consistent with the parties' request, the Clerk is DIRECTED to re-note Defendant's pending motion to Dismiss and Strike All Class Action Claims in Plaintiff's Complaint (Dkt. No. 11) to September 9, 2020 for the Court's consideration.

//

MINUTE ORDER
C20-0661-JCC
PAGE - 1

1    DATED this 9th day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C20-0661-JCC
PAGE - 2