THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARK GERMACK DDS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE DENTISTS INSURANCE COMPANY,<br><br>Defendants. | No. 2:20-cv-00661-JCC<br><br>**THE DENTISTS INSURANCE COMPANY'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS CLASS ALLEGATIONS**<br><br>**Noted on Motion Calendar: June 26, 2020** |

In further support of The Dentists Insurance Company's ("TDIC") Motion to Strike and Dismiss All Class Allegations (Dkt. 11), TDIC respectfully submits the attached Order denying transfer and consolidation entered on August 12, 2020 by the United States Judicial Panel on Multijurisdictional Litigation in *In re: COVID-19 Business Interruption Protection Insurance Litigation,* MDL No. 2942. This Notice is submitted pursuant to LCR 7(n). The Order is attached hereto as Exhibit A.

//

1   DATED this 10th day of September, 2020.

2

3                                    LETHER LAW GROUP

4                                    */s/ Eric J. Neal*
                                     Thomas Lether, WSBA # 18089
5                                    Eric J. Neal, WSBA # 31863
                                     1848 Westlake Ave N., Suite 100
6                                    Seattle, WA 98109
                                     P: (206) 467-5444/F: (206) 467-5544
7                                    tlether@letherlaw.com
                                     eneal@letherlaw.com
8                                    *Attorneys for Defendant The Dentists Insurance Company*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under the penalty of perjury under the laws of the State of Washington that on this date I caused to be served in the manner noted below a true and correct copy of the foregoing on the parties mentioned below as indicated:

KELLER ROHRBACK L.L.P.

Ian S. Birk
Lynn L. Sarko
Gretchen Freeman Cappio
Irene M. Hecht
Maureen Falecki
Amy Williams-Derry
Nathan L. Nanfelt
1201 Third Avenue
Suite 3200
Seattle, WA
ibirk@kellerrohrback.com
lsarko@kellerrohrback.com
gcappio@kellerrohrback.com
ihecht@kellerrohrback.com
mfalecki@kellerrohrback.com
awilliams-derry@kellerrrohrback.com
nnanfelt@kellerrrohrback.com

*Attorneys for Plaintiff*

**By:**   ☐ **First Class Mail**   ☒ **ECF**   ☐ **Legal Messenger**

Dated this 10th day of September 2020 at Seattle, Washington.

/s/ Judy Tustison
Judy Tustison | Legal Assistant