THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK GERMACK, individually and on behalf of all others similarly situated,<br><br>                       Plaintiffs,<br>    v.<br><br>THE DENTISTS INSURANCE COMPANY,<br><br>                       Defendant. | CASE NO. C20-0661 JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion for leave to file a contemporaneous motion for summary judgment (Dkt. No. 21). Absent the Court's leave, a party may not file a contemporaneous dispositive motion directed toward a discrete issue or claim already under consideration. W.D. Wash. Local Civ. R. 7(e)(3). Defendant requests leave to file a motion for summary judgment contemporaneous to the Court's consideration of Defendant's motion to strike and dismiss all class action allegations contained in Plaintiffs' complaint (Dkt. No. 11). Defendant indicates such a motion would not address the class certification issues already before the Court and would, if granted, either dispose of the case or, at least, streamline discovery and eliminate issues for trial. (Dkt. No. 21 at 3.) Accordingly, the Court finds no basis

to deny Defendant's request. Defendant's motion for leave to file a contemporaneous motion for summary judgment (Dkt. No.21) is GRANTED.

DATED this 15th day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk