# EXHIBIT A



*(206) 913-2599*

*info@core-endo.com*

*720 Olive Way Suite 835*
*Seattle, WA 98101*

Helping to build a community of smiles
in the Pacific Northwest

**DR. MARK GERMACK, DDS**
**ENDODONTIST IN DOWNTOWN SEATTLE**

At CORE Endodontics we have a unique perspective when it comes to treating patients who need root canal therapy. Dr. Germack spent over 10 years as a general dentist before becoming an Endodontist, so he understands a root canal as more than just a procedure. With advanced technology Dr. Germack performs the procedures in a way that allows your general dentist the best opportunity to create a healthy tooth, that will last long- after the root canal.

Traditional root canal therapy can be overwhelming and stressful, we are here to change that.

# Come on in and see us
*Need a consult or have a question?*

REQUEST AN APPOINTMENT

## Why CORE



### AMENITIES

With your experience in mind we offer several amenities at our practice.  From warm blankets to noise cancelling headphones, your comfort is our highest priority.

### TECHNOLOGY



Our office was designed to solely perform root canals, which offers us the ability to invest in technology specific to that procedure. We make it a priority to invest in technology that will

minimize the amount of time the procedure takes while increasing your success rates.

## PRESS

Dr. Germack has been honored to have been voted Seattle Met Top Dentist for the last several years.  The Seattle Met Top Dentists List is based on an extensive survey of dental professionals in both the general dentistry and specialty dentistry fields.



# Have a patient?

SEND US A REFERRAL

Home

Guide to Getting a Root Canal

Why CORE

About Us

Insurance Info

Contact & Location

Patient Login

Referring Doctor Login

Admin Login

REQUEST AN APPOINTMENT

PATIENT REFERRAL

**GET IN TOUCH**

720 Olive Way Suite 835
Seattle, WA 98101
Tel: (206) 913-2599
Fax: (206) 913-2871
info@core-endo.com

© 2017. CORE Endodontics. All rights reserved.



*(206) 913-2599*

*info@core-endo.com*

*720 Olive Way Suite 835*
*Seattle, WA 98101*

# A Guide to Getting a Root Canal

**A COMPREHENSIVE LOOK**

PHASE 1

## Root canals and the teeth that need them

There are three kinds of teeth that need a root canal.

The most obvious one, is the kind that hurts. You may notice pain during chewing, or when you are eating or drinking something hot or cold. You could have these, or other symptoms causing you discomfort.

The confusing one, is the tooth that used to hurt, but doesn't anymore. An infection may have started in your tooth and that's when you felt the pain. As the infection migrated down, your root may have been compromised. You may not feel pain anymore but the infection is still at work potentially affecting your surrounding teeth.

The last one, is the kind that never hurt. You may go to the dentist for a routine cleaning and your dentist may notice on your x-ray a sign or symptom of an infection. You may not feel any pain but an infection could be at work compromising your surrounding tooth structures.

**COMMON SIGNS & SYMPTOMS**

- Pain when chewing
- Sensitivity to hot or cold
- Ear or sinus ache
- Odor
- No signs or symptoms

## FAQs

**What is a root canal?**

**How long should I wait to get my tooth checked out?**

**How should I try to manage the pain?**

PHASE 2

## You go to the dentist and they recommend you see an Endodontist

Your dentist will examine your tooth and determine whether you are a candidate for a root canal. They may give you a recommendation for an Endodontist who can provide further diagnosis and potential treatment. This referral serves 2 purposes: to do further diagnostic testing to ensure a root canal is the right course of therapy and to meet the Dr. and team to make sure you are comfortable with the office.

**COMMON CAUSES**

- Cracked tooth
- Deep cavity
- Previous dental work
- Compromised immune system

## *FAQs*

**Why do I need a root canal?**

**Can a dentist do a root canal?**

**What is an Endodontist?**

PHASE 3

# Consultation Exam

The consultation exam typically consists of the following four parts:

    Part 1: A thorough review of your medical and dental history is taken.

    Part 2: Testing of the teeth: examination of your gum tissue, the bony structure supporting your teeth, the teeth themselves and the nerves and blood vessels inside the tooth. We often times apply cold, heat or a small electrical current to your tooth to determine the status of your nerve.

    Part 3: A scan of your tooth using a CBCT machine. This will allow us to see all the anatomy surrounding the tooth root and the root itself.

    Part 4: A discussion with you on what the underlying cause of your signs or symptoms may be and what our recommended path of treatment is.

**SCHEDULE TODAY**

Fill out our [Request an Appointment](#) form and we'll get back to you as soon as possible.

## *FAQs*

**How long am I going to have to wait to get in for an appointment?**

**How long does the consutation exam take?**

**Do most people that come for a consult end up getting a root canal?**

PHASE 4

# The Root Canal Procedure

The actual root canal treatment consists of removing and disinfecting the space in the tooth where the nerve and blood vessels may be inflamed and infected. Using our highly specialized instruments ensures that we can visually inspect all aspects of your tooth to help ensure the best outcome.

After we determine the space is clean we fill the root with a bio- active filling (a filling that your body loves and will promote your body to heal that space).

After the procedure is completed we will take a final x-ray to ensure the quality of our work. We will work with your dentist to determine if we will place a temporary or permanent filling in that space.

**IS THIS GOING TO HURT?**

The root canal itself will not cause pain, but if you are experiencing pain prior to the procedure, you may likely experience discomfort after.

## *FAQs*

**How long does a root canal take?**

**Do I need to miss a day of work/school?**

**Do you use anesthesia?**

**Do I need someone to come with me?**

PHASE 5

# Recovery

Recovery is highly dependent on your status prior to the procedure. If you are in pain, swollen or not feeling good before the procedure begins it could take a few days after until you feel better. Your level of discomfort will likely remain the same as before the surgery- so if you were working before you can likely work after.

If you weren't in any pain prior to the procedure you will likely not experience pain after!

**RECOVERY TIME**

After only a few days you should feel like your normal, pain-free self.

## FAQs

**What are the take-home instructions?**

**Do I need a follow-up visit?**

## Have a patient?

SEND US A REFERRAL

Home

Guide to Getting a Root Canal

Why CORE

About Us

Insurance Info

Contact & Location

Patient Login

Referring Doctor Login

Admin Login

REQUEST AN APPOINTMENT

PATIENT REFERRAL

**GET IN TOUCH**

720 Olive Way Suite 835
Seattle, WA 98101
Tel: (206) 913-2599
Fax: (206) 913-2871
info@core-endo.com

© 2017. CORE Endodontics. All rights reserved.