UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK GERMACK DDS, individually and on behalf of all others similarly situated,<br><br>               *Plaintiffs*,<br><br>v.<br><br>THE DENTISTS INSURANCE COMPANY,<br><br>               *Defendant*. | CASE NO. 2:20-cv-00661-BJR<br><br>SCHEDULING ORDER |

The Court is in receipt of the parties' Stipulation and Proposed Order. Dkt. No. 66. Defendant The Dentists Insurance Company's ("TDIC") motions to dismiss and for summary judgment and Plaintiff's opposition thereto being fully briefed need not be resubmitted and are hereby renoted for March 5, 2021. The Court acknowledges that TDIC has fulfilled its requirements to provide Plaintiff with a certified copy of the insurance policy at issue.

DATED this 24th day of November, 2020.

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

1