THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WADE K. MARLER, DDS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ASPEN AMERICAN INSURANCE COMPANY,<br><br>Defendant. | NO. 2:20-cv-00616-BJR |
| KARA MCCULLOCH DMD MSD PLLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY FORGE INSURANCE COMPANY, *et al.*,<br><br>Defendants. | NO. 2:20-cv-00809-BJR |
| CABALLERO,<br><br>Plaintiff,<br><br>v.<br><br>MASSACHUSETTS BAY INSURANCE COMPANY,<br><br>Defendant. | NO. 2: 20-cv-05437-BJR |

STIPULATION AND ORDER REGARDING MOTION FOR CLASS CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| CHORAK, *et al.*, | NO. 2:20-CV-00627-BJR |
| Plaintiffs, | |
| v. | |
| HARTFORD CASUALTY INSURANCE COMPANY, *et al.*, | |
| Defendants. | |
| PACIFIC ENDODONTICS, P.C., *et al*, | NO. 2:20-CV-00620-BJR |
| Plaintiffs, | |
| v. | |
| OHIO CASUALTY INSURANCE COMPANY, *et al.*, | |
| Defendants. | |
| NGUYEN, *et al*, | NO. 2:20-cv-00597-BJR |
| Plaintiffs, | |
| v. | |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, *et al.*, | |
| Defendants. | |

STIPULATION AND ORDER REGARDING MOTION FOR CLASS CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| LA COCINA DE OAXACA LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>TRI-STATE INSURANCE COMPANY OF MINNESOTA,<br><br>       Defendant. | NO. 2:20-CV-01176-BJR |
| MARK GERMACK DDS,<br><br>       Plaintiff,<br><br>    v.<br><br>THE DENTISTS INSURANCE COMPANY,<br><br>       Defendant. | NO. 2:20-CV-0661-BJR |

## STIPULATION

**Whereas**,

1. From April through November of 2020, the plaintiffs in the above-captioned cases filed original complaints for business interruption insurance coverage in this district. Certain of these actions were stayed for periods of time pending review of the actions by the Judicial Panel on Multidistrict Litigation (JPML) for potential consolidation and transfer.

2. After the JPML denied consolidation, the Court by order dated November 10, 2020, consolidated cases in this district by insurer family, and stayed discovery in each of the consolidated cases until such time as the Court rules on dispositive motions.

STIPULATION AND ORDER REGARDING MOTION FOR CLASS CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

3.      On November 24, 2020, the Court granted the parties' Stipulated Motions for Amended Complaints and Briefing of Dispositive Motions and ordered amended complaints in the consolidated actions be filed no later than November 25, and that the briefing of dispositive motions in each of the consolidated cases be completed by March 5, 2021.

4.      Under Local Rule 23(i)(3), there is a deadline to file a motion for class certification within 180 days of filing a complaint.

**Now, therefore**, in light of the Court's orders, including the current discovery stay until the Court rules on dispositive motions, counsel for the parties agree that good cause exists to continue the date upon which the Plaintiffs shall file their motions for class certification pursuant to Local Civil Rule 23(i)(3).

The parties stipulate and request that a comprehensive case schedule, including deadlines for fact and expert discovery and (for class action cases) the filing of a motion for class certification, be set by the Court, if necessary, after the Court rules on the dispositive motions.

## ORDER

Having reviewed the parties' stipulation, and finding that good cause exists for the requested relief from LCR 23(i)(3), the Court will, if necessary, issue a case schedule setting deadlines for fact and expert discovery and for Plaintiffs (in the class action cases) to file their motions for class certification in the above-referenced actions after the Court rules on the dispositive motions, which are scheduled to be fully briefed and filed no later than March 5, 2021, pursuant to the Court's November 24, 2020 Scheduling Order entered in the actions.

DATED this 7th day of January, 2021.

STIPULATION AND ORDER REGARDING MOTION FOR CLASS CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

_[signature: Barbara J. Rothstein]_

Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

Presented By:

**KELLER ROHRBACK L.L.P.**

By: *s/ Amy Williams-Derry*
By: *s/ Lynn L. Sarko*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Ian S. Birk*
By: *s/ Irene M. Hecht*
By: *s/ Karin B. Swope*
By: *s/ Nathan L. Nanfelt*
 Amy Williams-Derry, WSBA #28711
 Lynn Lincoln Sarko, WSBA #16569
 Gretchen Freeman Cappio, WSBA #29576
 Ian S. Birk, WSBA #31431
 Irene M. Hecht, WSBA #11063
 Karin B. Swope, WSBA #24015
 Nathan Nanfelt, WSBA #45273
 1201 Third Avenue, Suite 3200
 Seattle, WA 98101
 Telephone: (206) 623-1900
 Fax: (206) 623-3384
 Email: awilliams-derry@kellerrohrback.com
 Email: lsarko@kellerrohrback.com
 Email: gcappio@kellerrohrback.com
 Email: ibirk@kellerrohrback.com
 Email: ihecht@kellerrohrback.com
 Email: kswope@kellerrohrback.com
 Email: mfalecki@kellerrohrback.com
 Email: nnanfelt@kellerrohrback.com

By: *s/ Alison Chase*
 Alison Chase, *pro hac vice forthcoming*
 801 Garden Street, Suite 301
 Santa Barbara, CA 93101
 Telephone: (805) 456-1496
 Fax: (805) 456-1497
 Email: achase@kellerrohrback.com

STIPULATION AND ORDER REGARDING MOTION FOR CLASS CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 5

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

*Attorneys for Plaintiffs Nguyen et al., Pacific Endodontics, et al., Chorak et al., Marler et al., McCulloch, et al., Caballero, Germack, La Cocina de Oaxaca LLC, Owens Davies, P.S., and The Seattle Symphony Orchestra*

**RUIZ & SMART
PLAINTIFF LITIGATION PLLC**

By: *s/ William C. Smart*
By: *s/ Isaac Ruiz*
By: *s/ Kathrn Knudsen*
    William C. Smart, WSBA #8192
    Isaac Ruiz, WSBA #35237
    Kathryn M. Knudsen, WSBA #41075
    Email: wsmart@plaintifflit.com
    Email: iruiz@plaintifflit.com
    Email: kknudsen@plaintifflit.com

*Attorneys for Plaintiffs Jennifer Strelow, DMD and Shokofeh Tabaraie DDS PLLC*

**HACKETT, BEECHER & HART**

By: s/ *Brent W. Beecher*
    Brent W. Beecher, WSBA #31095
    601 Union Street, Suite 2600
    Seattle, WA 98101
    Telephone: (206) 787-1830
    Email: bbeecher@hackettbeecher.com

*Attorneys for Seattle Bakery, LLC, CSQBKR2018, LLC, Piroshky Piroshky Baker, LLC, Piroshky Baking Company, LLC, SCRBKR2017, LLC*

**THE LOYD LAW FIRM, P.L.L.C.**

By: s/ *Shannon Loyd*
    Shannon Loyd
    12703 Spectrum Drive, Suite 201
    San Antonio, Texas 78249
    Telephone:(210) 775-1424
    Facsimile:(210) 775-1410
    Email: shannon@theloydlawfirm.com

*Attorneys for Plaintiff J Bells LLC*

STIPULATION AND ORDER REGARDING MOTION FOR CLASS CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 6

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

|   |   |
|---|---|
| 1 | **GORDON TILDEN THOMAS & CORDEL LLP** |
| 2 | |
| 3 | By: s/ *Mark A. Wilner* |
|   | Mark A. Wilner, WSBA #31550 |
| 4 | One Union Square |
|   | 600 University Street, Suite 2915 |
| 5 | Seattle, WA 98101 |
|   | Telephone: (206) 467-6477 |
| 6 | Fax: (206) 467-6292 |
|   | Email:mailto:fcordell@gordontilden. |
| 7 | com mwilner@gordontilden.com |
| 8 | *Attorneys for Plaintiffs Suneet Bath,* |
|   | *Noskenda Inc.* |
| 9 | |
| 10 | **GORDON TILDEN THOMAS & CORDEL LLP** |
| 11 | |
|   | By: s/ *Franklin D. Cordell* |
| 12 | By: s/ *Kasey D. Huebner* |
|   | Franklin D. Cordell, WSBA #26392 |
| 13 | Kasey D. Huebner, WSBA #32890 |
|   | One Union Square |
| 14 | 600 University Street, Suite 2915 |
|   | Seattle, WA 98101 |
| 15 | Telephone: (206) 467-6477 |
|   | Fax: (206) 467-6292 |
| 16 | Email: fcordell@gordontilden.com |
|   | Email: khuebner@gordontilden.com |
| 17 | |
| 18 | *Attorneys for Plaintiff The Seattle Symphony Orchestra* |
| 19 | |
|   | **SIDLEY AUSTIN LLP** |
| 20 | |
| 21 | By: s/ *Robin E. Wechkin* |
|   | Robin E. Wechkin, WSBA No. 24746 |
| 22 | 1420 Fifth Avenue, Suite 1400 |
|   | Seattle, WA 98101 |
| 23 | Telephone: (415) 439-1799 |
|   | Email: rwechkin@sidley.com |
| 24 | |
|   | Yvette Ostolaza (pro hac vice) |
| 25 | Yolanda C. Garcia (pro hac vice) |
|   | 2021 McKinney Avenue, Suite 2000 |
| 26 | Dallas, Texas 75201 |

STIPULATION AND ORDER REGARDING MOTION FOR CLASS CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 7

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

|   |   |
|---|---|
| 1 | Telephone: (214) 981-3401 |
| 2 | Facsimile: (214) 981-3400 |
|   | Email: yvette.ostolaza@sidley.com |
|   | Email: ygarcia@sidley.com |

*Attorneys for Defendant Aspen American Insurance Company*

**DLA PIPER LLP (US)**

By: *s/ Anthony Todaro*
By: *s/ Lianna M. Bash*
   Anthony Todaro, WSBA No. 30391 Lianna Bash, WSBA No. 52598
   701 Fifth Avenue, Suite 6900
   Seattle, Washington 98104-7029
   Tel: 206.839.4800
   Fax: 206.839.4801
   E-mail: anthony.todaro@us.dlapiper.com
   E-mail: lianna.bash@us.dlapiper.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: s/ *H. Christopher Boehning*
By: s/ *Elizabeth M. Sacksteder*
By: s/ *Daniel H. Levi*
By: s/ *Hallie S. Goldblatt*
   H. Christopher Boehning (pro hac vice)
   Elizabeth M. Sacksteder (pro hac vice)
   Daniel H. Levi (pro hac vice)
   Hallie S. Goldblatt (pro hac vice)
   1285 Avenue of the Americas
   New York, New York 10019-6064
   Tel: 212.373.3000
   Fax: 212.757.3990
   E-mail: cboehning@paulweiss.com
   E-mail: esacksteder@paulweiss.com
   E-mail: dlevi@paulweiss.com
   E-mail: hgoldblatt@paulweiss.com

*Attorneys for Defendants Valley Forge Insurance Company and Transportation Insurance Company*
**FORSBERG & UMLAUF, P.S.**

By: *s/ Matthew S. Adams*
   Matthew S. Adams
   901 Fifth Avenue, Suite 1400
   Seattle, WA 98164

STIPULATION AND ORDER REGARDING MOTION FOR CLASS CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 8

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Telephone: 206-689-8500
Fax: 206-689-8501
Email: madams@foum.law

**STEPTOE & JOHNSON LLP**

Sarah D. Gordon (*pro hac vice* forthcoming)
1330 Connecticut Avenue, NW
Telephone: (202) 429-3000
Facsimile: (202) 429-3902
Email: sgordon@steptoe.com

Anthony J. Anscombe (*pro hac vice* forthcoming)
One Market Plaza
Spear Tower, Suite 3900
San Francisco, CA 94105
Telephone: (415) 365-6700
Facsimile: (312) 577-1370
Email: aanscombe@steptoe.com

*Attorneys for Defendants Sentinel Insurance Company, Ltd. and Hartford Casualty Insurance Company*

**BAKER & HOSTETLER LLP**

By: *s/ James R. Morrison*
James R. Morrison, WSBA No. 43043
999 Third Avenue, Suite 3900
Seattle, WA 98104-4040
Phone: (206) 332-1380
E-mail: jmorrison@bakerlaw.com

**ALSTON & BIRD LLP**

By: *s/ Cari K. Dawson*
Cari K. Dawson (pro hac vice) Kara F. Kennedy (pro hac vice)
1201 W. Peachtree St.
Atlanta, GA 30309
Phone: (404) 881-7000
Email: cari.dawson@alston.com
Email: kara.kennedy@alston.com

*Attorneys for Defendants American Fire and Casualty Company, The Ohio Casualty Insurance Company, and Ohio Security Insurance Company*

STIPULATION AND ORDER REGARDING MOTION FOR CLASS CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 9

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1

**BULLIVANT HOUSER BAILEY, PC**

2

3
By: *s/ John D. Bennett*
    John A. Bennett, WSBA #33214

4
    Stuart D. Jones (pro hac vice)
    925 Fourth Avenue, Ste. 3800

5
    Seattle, Washington 98104
    Telephone: (206) 292-8930

6
    E-mail: john.bennett@bullivant.com
    E-mail: stuart.jones@bullivant.com

7

**WIGGIN AND DANA LLP**

8

9
By: *s/ Michael Menapace*
    Michael Menapace (pro hac vice)

10
    Robyn Gallagher (pro hac vice)
    20 Church Street

11
    Hartford, Connecticut 06103
    Tel.: (860) 297-3700

12
    E-mail: mmenapace@wiggin.com
    E-mail: rgallgher@wiggin.com

13

14
*Attorneys for Defendant Massachusetts Bay Insurance Company*

15
By: *s/ Daniel R. Bentson*

16
By: *s/ Owen R. Mooney*
    Daniel R. Bentson, WSBA #36825 Owen

17
    R. Mooney, WSBA #45779
    925 Fourth Avenue, Ste. 3800

18
    Seattle, Washington 98104
    Telephone: (206) 292-8930

19
    E-mail: dan.bentson@bullivant.com
    E-mail: owen.mooney@bullivant.com

20

21
**ROBINSON & COLE LLP**

22
By: *s/ Wystan M. Ackerman*
    Wystan M. Ackerman (pro hac vice)

23
    Stephen E. Goldman (pro hac vice)
    280 Trumbull Street

24
    Hartford, CT 06103
    Telephone: (860) 275-8388

25
    Email: wackerman@rc.com
    Email: sgoldman@rc.com

26
STIPULATION AND ORDER REGARDING MOTION FOR CLASS CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 10

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

*Attorneys for Defendants Travelers Casualty Insurance Company of America, The Travelers Indemnity Co. of America, and The Charter Oak Fire Insurance Company*

**BULLIVANT HOUSER BAILEY, PC**

By: *s/ John A. Bennett*
John A. Bennett, WSBA #33214
Stuart D. Jones (pro hac vice)
925 Fourth Avenue, Ste. 3800
Seattle, Washington 98104
Telephone: (206) 292-8930
E-mail: john.bennett@bullivant.com
E-mail: stuart.jones@bullivant.com

**STEPTOE & JOHNSON LLP**

By: *s/ Antonia B. Ianniello*
Antonia B. Ianniello (pro hac vice)
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 429-8087
Facsimile: (202) 429-3902
Email: aianniello@steptoe.com

By: *s/ Darlene K. Alt*
Darlene K. Alt (pro hac vice)
227 West Monroe Street, Ste. 4700
Chicago, Illinois 60606
Telephone: (312) 577-1262
E-mail: dalt@steptoe.com

*Attorneys for Defendant Tri-State Insurance Company of Minnesota*
4833-1011-8358, v. 1

STIPULATION AND ORDER REGARDING MOTION FOR CLASS CERTIFICATION (Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 2:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-0661-BJR) - 11

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384