THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WADE K. MARLER, DDS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ASPEN AMERICAN INSURANCE COMPANY,<br><br>　　　　Defendant. | No. 2:20-cv-00616-BJR<br><br>**STIPULATION AND ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO FILE A SINGLE OMNIBUS REPLY IN SUPPORT OF MOTION TO CERTIFY QUESTIONS TO THE WASHINGTON STATE SUPREME COURT** |
| KARA MCCULLOCH DMD MSD PLLC, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VALLEY FORGE INSURANCE COMPANY, *et al.*,<br><br>　　　　Defendants. | No. 2:20-cv-00809-BJR |
| CABALLERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MASSACHUSETTS BAY INSURANCE COMPANY,<br><br>　　　　Defendant. | No. 3:20-cv-05437-BJR |

PLS.' UNOPPOSED MOTION TO FILE SINGLE OMNIBUS REPLY IN SUPPORT OF MOTION TO CERTIFY
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-00661-BJR; 2:21-cv-00050-BJR)- 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| CHORAK, *et al.*, <br><br>    Plaintiffs, <br><br>  v. <br><br> HARTFORD CASUALTY INSURANCE COMPANY, *et al.*, <br><br>    Defendants. | No. 2:20-cv-00627-BJR |
| PACIFIC ENDODONTICS, P.S., *et al.*, <br><br>    Plaintiffs, <br><br>  v. <br><br> OHIO CASUALTY INSURANCE COMPANY, *et al.*, <br><br>    Defendants. | No. 2:20-cv-00620-BJR |
| NGUYEN, *et al.*, <br><br>    Plaintiffs, <br><br>  v. <br><br> TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, *et al.*, <br><br>    Defendants. | No. 2:20-cv-00597-BJR |

PLS.' UNOPPOSED MOTION TO FILE SINGLE OMNIBUS REPLY IN SUPPORT OF MOTION TO CERTIFY
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-00661-BJR; 2:21-cv-00050-BJR)- 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

| | |
|---|---|
| LA COCINA DE OAXACA LLC, | No. 2:20-cv-01176-BJR |
| Plaintiff, | |
| v. | |
| TRI-STATE INSURANCE COMPANY OF MINNESOTA, | |
| Defendant. | |
| MARK GERMACK DDS, individually and on behalf of all others similarly situated, | No. 2:20-cv-00661-BJR |
| Plaintiff, | |
| v. | |
| THE DENTISTS INSURANCE COMPANY, | |
| Defendant. | |
| CADECEUS LLC d/b/a CAFE RACER, individually and on behalf of all others similarly situated, | No. 2:21-cv-00050-BJR |
| Plaintiff, | |
| v. | |
| SCOTTSDALE INSURANCE COMPANY, | |
| Defendant. | |

PLS.' UNOPPOSED MOTION TO FILE SINGLE OMNIBUS REPLY IN SUPPORT OF MOTION TO CERTIFY
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-00661-BJR; 2:21-cv-00050-BJR)- 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**PLAINTIFFS' UNOPPOSED MOTION TO FILE A SINGLE OMNIBUS REPLY IN SUPPORT OF MOTION TO CERTIFY QUESTIONS TO THE WASHINGTON STATE SUPREME COURT**

In order to increase efficiencies for the parties and the Court, Plaintiffs in the above-captioned matters respectfully move this Court to allow them to file a single omnibus reply brief of no more than 15 pages in response to Defendants' oppositions to Plaintiffs' Motion to Certify Questions to the Washington State Supreme Court (the "Opposition Motions"). Plaintiffs have conferred with counsel for Defendants and they do not oppose this request.

In support of this motion, Plaintiffs hereby state as follows:

1. On February 18, 2021, Plaintiffs filed their Motion to Certify Questions to the Washington State Supreme Court ("the Omnibus Motion") in the above-captioned *Marler*, *McCulloch*, *Caballero*, *Chorak*, *Pacific Endodontics*, *Nguyen*, *Germack*, and *La Cocina de Oaxaca* actions.

2. On March 10, 2021, Plaintiff Cadeceus LLC filed a substantively-identical Motion to Certify Questions to the Washington State Supreme Court (the "Cadeceus Motion") in the above-captioned matter.

3. On March 25, 2021, Defendants responded to the Omnibus Motion by filing a 30-page Omnibus Opposition. Plaintiffs' reply to this Omnibus Opposition is due April 8, 2021.

4. On March 31, 2021, Scottsdale Insurance Company responded to the Cadeceus Motion by filing a 5-page opposition, which, among other things, incorporated by reference the arguments and citations in the March 25, 2021 Omnibus Opposition. Plaintiffs' reply to Scottsdale's opposition is due by April 14, 2021.

PLS.' UNOPPOSED MOTION TO FILE SINGLE OMNIBUS REPLY IN SUPPORT OF MOTION TO CERTIFY
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-00661-BJR; 2:21-cv-00050-BJR)- 4

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

5. After review of the two oppositions, Plaintiffs believe it will be most efficient for the parties and the Court if they respond to the two oppositions by filing a single omnibus reply brief. Plaintiffs will limit their omnibus reply brief to 15 pages, *i.e.,* half the number of pages used in the Omnibus Opposition, and less than half of the combined total of pages used by the Defendants collectively in the two opposition motions.

6. Plaintiffs will file their single omnibus reply to both oppositions by April 8, 2021.

7. Defendants do not oppose Plaintiffs' request to respond to their oppositions by April 8, 2021 with a single omnibus reply brief that is limited to 15 pages.

**Now, therefore**, Plaintiffs' request, which Defendants do not oppose, to file an omnibus reply brief limited to 15 pages should be granted.

## ORDER

**IT IS SO ORDERED.**

DATED this 5th day of April, 2021.

_____
Barbara J. Rothstein
UNITED STATES DISTRICT JUDGE

Presented By:

DATED this 2nd day of April, 2021

PLS.' UNOPPOSED MOTION TO FILE SINGLE OMNIBUS REPLY IN SUPPORT OF MOTION TO CERTIFY
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-00661-BJR; 2:21-cv-00050-BJR)- 5

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**KELLER ROHRBACK L.L.P.**

By: *s/ Amy Williams-Derry*
By: *s/ Lynn L. Sarko*
By: *s/ Gretchen Freeman Cappio*
By: *s/ Ian S. Birk*
By: *s/ Irene M. Hecht*
By: *s/ Gabriel Verdugo*
By: *s/ Nathan L. Nanfelt*
   Amy Williams-Derry, WSBA #28711
   Lynn Lincoln Sarko, WSBA #16569
   Gretchen Freeman Cappio, WSBA #29576
   Ian S. Birk, WSBA #31431
   Irene M. Hecht, WSBA #11063
   Gabriel Verdugo, WSBA #44154
   Nathan Nanfelt, WSBA #45273
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   Telephone: (206) 623-1900
   Fax: (206) 623-3384
   Email: awilliams-derry@kellerrohrback.com
   Email: lsarko@kellerrohrback.com
   Email: gcappio@kellerrohrback.com
   Email: ibirk@kellerrohrback.com
   Email: ihecht@kellerrohrback.com
   Email: gverdugo@kellerrohrback.com
   Email: nnanfelt@kellerrohrback.com

By: *s/ Alison Chase*
   Alison Chase, *pro hac vice forthcoming*
   801 Garden Street, Suite 301
   Santa Barbara, CA 93101
   Telephone: (805) 456-1496
   Fax: (805) 456-1497
   Email: achase@kellerrohrback.com

***Attorneys for Plaintiffs Nguyen et al., Pacific Endodontics, et al., Chorak et al., Marler et al., McCulloch, et al., Caballero, La Cocina de Oaxaca LLC, Owens Davies, P.S., Mark Germack DDS, The Seattle Symphony Orchestra, and Cafe Racer***

**OWENS DAVIES, P.S.**

PLS.' UNOPPOSED MOTION TO FILE SINGLE OMNIBUS REPLY IN SUPPORT OF MOTION TO CERTIFY
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-00661-BJR; 2:21-cv-00050-BJR)- 6

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

By: *s/ Matthew B. Edwards*
   Matthew B. Edwards, WSBA #18332
   1115 West Bay Drive, Suite 302
   Olympia, WA 98502
   Telephone: (206) 203-1900
   Email: medwards@owensdavies.com

***Attorneys for Plaintiff Owens Davies, P.S.***

**RUIZ & SMART PLLC**

By: *s/ William C. Smart*
By: *s/ Isaac Ruiz*
By: *s/ Kathryn M. Knudsen*
   William C. Smart, WSBA #8192
   Isaac Ruiz, WSBA #35237
   Kathryn M. Knudsen, WSBA #41075
   1200 5th Avenue, Suite 1220
   Seattle, WA 98101
   Telephone: (206) 203-1900
   Email: wsmart@plaintifflit.com
   Email: iruiz@plaintifflit.com
   Email: kknudsen@plaintifflit.com

***Attorneys for Plaintiffs Jennifer Strelow, DMD and Shokofeh Tabaraie DDS PLLC***

**HACKETT, BEECHER & HART**

By: *s/ Brent W. Beecher*
   Brent W. Beecher, WSBA #31095
   601 Union Street, Suite 2600
   Seattle, WA 98101
   Telephone: (206) 787-1830
   Email: bbeecher@hackettbeecher.com

***Attorneys for Seattle Bakery, LLC, CSQBKR2018, LLC, Piroshky Piroshky Bakery, LLC, Piroshky Baking Company, LLC, and SCRBKR2017, LLC***

**THE LOYD LAW FIRM, P.L.L.C.**

By: *s/ Shannon Loyd*
   Shannon Loyd
   12703 Spectrum Drive, Suite 201
   San Antonio, Texas 78249

PLS.' UNOPPOSED MOTION TO FILE SINGLE OMNIBUS REPLY
IN SUPPORT OF MOTION TO CERTIFY
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-
BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR;
2:20-cv-01176-BJR; 2:20-cv-00661-BJR; 2:21-cv-00050-BJR)- 7

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Telephone:(210) 775-1424
Facsimile:(210) 775-1410
Email: shannon@theloydlawfirm.com

*Attorneys for Plaintiff J Bells LLC*

**GORDON TILDEN THOMAS & CORDEL LLP**

By: s/ *Mark A. Wilner*
By: s/ *Franklin D. Cordell*
By: s/ *Kasey D. Huebner*
    Mark A. Wilner, WSBA #31550
    Franklin D. Cordell, WSBA #26392
    Kasey D. Huebner, WSBA #32890
    One Union Square
    600 University Street, Suite 2915
    Seattle, WA 98101
    Telephone: (206) 467-6477
    Fax: (206) 467-6292
    Email: mwilner@gordontilden.com
    Email: fcordell@gordontilden.com
    Email: khuebner@gordontilden.com

*Attorneys for Plaintiffs Suneet Bath, Noskenda Inc. and The Seattle Symphony Orchestra*

PLS.' UNOPPOSED MOTION TO FILE SINGLE OMNIBUS REPLY IN SUPPORT OF MOTION TO CERTIFY
(Case Nos. 2:20-cv-00616-BJR; 2:20-cv-00809-BJR; 3:20-cv-05437-BJR; 2:20-cv-00627-BJR; 2:20-cv-00620-BJR; 2:20-cv-00597-BJR; 2:20-cv-01176-BJR; 2:20-cv-00661-BJR; 2:21-cv-00050-BJR)- 8

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384